GRAND RAPIDS & I. RY. CO. v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1918.) No. 3145. In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge. James H. Campbell, of Grand Rapids, Mich., for plaintiff in error. Myron H. Walker, U. S. Atty., of Grand Rapids, Mich., for the United States.

PER CURIAM. Judgment (239 Fed. 153) of District Court affirmed.

---

HAYS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 4, 1919.) No. 3223. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. A. B. Galloway, of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn., for the United States.

PER CURIAM. Judgment of the District Court affirmed.

---

HIMYAR COAL CORPORATION v. LAWSON. (Circuit Court of Appeals, Sixth Circuit. June 4, 1918.) No. 3147. In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. B. R. Jouett, of Winchester, Ky., for plaintiff in error. C. W. Napier, of Hazard, Ky., for defendant in error.

PER CURIAM. Dismissed on motion of counsel.

---

INTERNATIONAL HARVESTER COMPANY OF AMERICA v. BURLEIGH. (Circuit Court of Appeals, Second Circuit. February 13, 1919.) No. 128. In Error to the District Court of the United States for the Western District of New York. Action by Cecil A. Burleigh against the International Harvester Company of America for personal injuries. Judgment for plaintiff, and defendant brings error. Affirmed. E. W. Personius, of Elmira, N. Y., for plaintiff in error. Stowell & Ryon, of Corning, N. Y. (Herbert A. Heminway, of Corning, N. Y., of counsel), for defendant in error. Before ROGERS and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed.

---

KOERBER v. HILBRETH. (Circuit Court of Appeals, Sixth Circuit. November 4, 1918.) No. 3242. Appeal from the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Barthel, Flanders & Barthel, of Detroit, Mich., for appellant. Pagelsen & Spencer, of Detroit, Mich., for appellee.

PER CURIAM. Dismissed on motion.

---

LOUISVILLE & N. R. CO. v. EVANS, U. S. District Judge. (Circuit Court of Appeals, Sixth Circuit. April 11, 1919.) No. 3266. Petition for Writ of Mandamus. Helm Bruce and Henry L. Stone, both of Louisville, Ky., for petitioner.

PER CURIAM. Dismissed pursuant to stipulation.

---

MATHEWS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 13, 1919.) No. 3219. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. John H. Poston, Jr., of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn., for the United States.

PER CURIAM. Judgment of District Court affirmed.